**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BONNY MCCLINTON,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-3244** |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **31st** day of **July 2026**, upon consideration of Plaintiff Bonny McClinton's Brief and Statement of Issues in Support of Request for Review (ECF 7), the Commissioner's Response (ECF 8), and Plaintiff's Reply (ECF9), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Frank Bisignano, Acting Commissioner of Social Security and against Plaintiff Bonny McClinton; and

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

José R. Arteaga

Digitally signed by José R. Arteaga
Date: 2026.07.31 11:34:09 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*